IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAKIMA IBAN SALIH EL BEY                                       PLAINTIFF

v.                              No. 3:19-cv-53-DPM

JOHNSON, Officer, West Memphis
Police Department; MCELROY,
Officer, West Memphis Police
Department; WEST MEMPHIS
POLICE DEPARTMENT; ARKANSAS,
STATE OF; ASA HUTCHINSON; and
DOES, Congress of Arkansas House of
Representatives and Congress of Arkansas
Senate                                                        DEFENDANTS

## JUDGMENT

The case is dismissed without prejudice and with leave to propose an amended complaint by 19 April 2019.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2019