# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SAKIMA IBAN SALIH EL BEY**                                    PLAINTIFF

v.                          No. 3:19-cv-53-DPM

JOHNSON, Officer, West Memphis
Police Department; MCELROY,
Officer, West Memphis Police
Department; WEST MEMPHIS
POLICE DEPARTMENT; ARKANSAS,
STATE OF; ASA HUTCHINSON; and
DOES, Congress of Arkansas House of
Representatives and Congress of Arkansas
Senate                                                          DEFENDANTS

## ORDER

The Court construes El Bey's amended complaint, № 5, as a motion to amend. The Clerk must update the docket.

El Bey has removed references to a peace mission, being a consular official, and Executive Order 13774. He still alleges violations of the U.S. Constitution and Declaration of Independence. The Court needs to know the status of the state charges for allegedly driving recklessly without a valid license. Supplement due by 3 May 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>22 April 2019</u>