IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAKIMA IBAN SALIH EL BEY                                    PLAINTIFF

v.                       No. 3:19-cv-53-DPM

JOHNSON, Officer, West Memphis
Police Department; MCELROY,
Officer, West Memphis Police
Department; WEST MEMPHIS
POLICE DEPARTMENT; ARKANSAS,
STATE OF; ASA HUTCHINSON; and
DOES, Congress of Arkansas House of
Representatives and Congress of Arkansas
Senate                                                      DEFENDANTS

ORDER

At the Court's request, El Bey has supplemented his motion to amend. The Court must screen El Bey's complaint, as amended and supplemented. № 1, 5, 7 & 8; 28 U.S.C. § 1915(e)(2). El Bey claims his constitutional rights were violated when two West Memphis police officers arrested him. Because he's a "Preamble Citizen," he says his arrest violated federal law. № 5 at 1.

El Bey's claims are barred. *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). A judgment in El Bey's favor would necessarily call into question his state-court conviction for reckless driving without a license. And he hasn't alleged that his conviction has been reversed,

expunged, invalidated, or otherwise called into question. *Ibid.* He has, apparently, pursued an appeal in a related civil case. № 7 *at 4*. But his conviction still stands. El Bey's motion to amend, № 5, is denied. The Court's Judgment dismissing El Bey's case without prejudice, № 4, remains in place.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 May 2019