IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAKIMA IBAN SALIH EL BEY                                         PLAINTIFF

v.                          No. 3:19-cv-53-DPM

JOHNSON, Officer, West Memphis
Police Department; MCELROY,
Officer, West Memphis Police
Department; WEST MEMPHIS
POLICE DEPARTMENT; ARKANSAS,
STATE OF; ASA HUTCHINSON; and
DOES, Congress of Arkansas House of
Representatives and Congress of Arkansas
Senate                                                           DEFENDANTS

ORDER

El Bey's motion to vacate, № 10, is denied. He invoked this Court's jurisdiction by filing his case and raising questions of federal law. 28 U.S.C. § 1331. He argues the *Heck* issue, but is mistaken about the reach of that precedent. *Heck v. Humphrey*, 512 U.S. 477, 484–87 (1994). He also now cites the recusal statute, 28 U.S.C. § 455, but no request for recusal was made and the Court knows of no basis on which its impartiality might reasonably be questioned.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2019